AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting  *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOODY, JR., JAMES S. | U.S.Dist.Ct.Middle Dist.FL | 06/09/2000 |

| 4. Title  *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*  U.S. Dist. Ct. Judge Nominee | 5. Report Type (check type)  X  Nomination, Date  06/08/2000  ___ Initial  ___ Annual  ___ Final | 6. Reporting Period  01/01/1999 to 05/31/2000 |

| 7. Chambers or Office Address  Hillsborough County Courthouse  419 Pierce Street, Room #314  Tampa, FL  33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____  Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

POSITION — NAME OF ORGANIZATION / ENTITY

[ ] NONE  (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Custodian (bank account) | for children: Ashley, Jamey, Tricia |
| 2 | Director | Florida Blue Key Advisory Board (University of Florida) |
| 3 | Director, Vice-Chair | Hillsborough Tomorrow |

## II. AGREEMENTS  *(Reporting individual only; see pp.14-16 of Instructions.)*

DATE — PARTIES AND TERMS

[ ] NONE  (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 02-02-76 | Trinkle, Redman Profit Sharing Plan - retirement account with former firm, no control, no participation in profits of firm.  Amended 03-01-00. |
| 2 | 12-94 | One-half interest in contingent fee from one case with former firm |
| 3 | | |

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

[ ] NONE  (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 1998 | State of Florida | 107,000 |
| 2 | 1999 | State of Florida | 114,000 |
| 3 | YTD 2000 | State of Florida | 39,000 |
| 4 | 98-00 | Vision Care, Inc. (spouse) | |

# IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

# V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

# VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| ☐ NONE (No reportable liabilities.) | | | |
| 1 | NONE | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 SUN TRUST ACCOUNTS | | | | | EXEMPT | | | | |
| 2 -- Individual checking | A | Interest | J | T | | | | | |
| 3 -- Polk County Property | A | Interest | J | T | | | | | |
| 4 -- McIntosh Road | A | Interest | J | T | | | | | |
| 5 -- Young & Moody | A | Interest | J | T | | | | | |
| 6 -- Beach Account | A | Interest | J | T | | | | | |
| 7 -- Beach Hi-Fi | A | Interest | J | T | | | | | |
| 8 -- Joint Checking | A | Interest | J | T | | | | | |
| 9 -- Joint Savings | A | Interest | J | T | | | | | |
| 10 EDWARD JONES | | | | | | | | | |
| 11 -- Individual | A | Interest | J | T | | | | | |
| 12 -- Joint Condo | A | Interest | J | T | | | | | |
| 13 GREAT WESTERN (Closed in 1999) | B | Interest | | | | | | | |
| 14 BANK AMERICA STOCK | E | Dividend | N | T | | | | | |
| 15 GEO THERMAL STOCK | A | None | N | W | | | | | |
| 16 LEE MORTGAGE | C | Interest | J | T | | | | | |
| 17 PATEL MORTGAGE | E | Interest | M | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 REAL PROPERTY | | | | | EXEMPT | | | | |
| 19 -- Diamond Hill | A | Rent | K | W | | | | | |
| 20 -- Polk County | A | Rent | M | W | | | | | |
| 21 -- Franklin Street, Plant City, FL | A | Rent | L | W | | | | | |
| 22 -- Condo, Longboat Key, FL | D | Rent | L | W | | | | | |
| 23 -- Rental property, Wimauma, FL | D | Rent | L | W | | | | | |
| 24 -- Rental property, McIntosh, Hillsborough Co., FL | D | Rent | L | W | | | | | |
| 25 -- Property #1, Celo, NC | A | None | O | W | | | | | |
| 26 -- Property #2, Celo, NC | A | None | K | W | | | | | |
| 27 -- Property #3, Highlands, NC | A | None | K | W | | | | | |
| 28 -- Rental property, Plant City, FL | D | Rent | K | W | | | | | |
| 29 INVESTMENT PARTNERSHIP | F | Dividend | P1 | T | | | | | |
| 30 -- Bank of America stock | | | | | | | | | |
| 31 -- Bank of Granite stock | | | | | | | | | |
| 32 -- Carolina Bank stock | | | | | | | | | |
| 33 -- Coastal Financial stock | | | | | | | | | |
| 34 -- Colonial Bancgroup stock | | | | | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) <br><br> *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 -- First Tennessee stock | | | | | EXEMPT | | | | |
| 36 -- SunTrust stock | | | | | | | | | |
| 37 -- Wachovia stock | | | | | | | | | |
| 38 -- Xerox stock | | | | | | | | | |
| 39 -- Dell stock | | | | | | | | | |
| 40 SUNTRUST IRA (Rolled over to Edward Jones) | A | Interest | | | | | | | |
| 41 EDWARD JONES IRA | A | Interest | J | T | | | | | |
| 42 -- MCI WorldCom stock | | | | | | | | | |
| 43 PROFIT SHARING RETIREMENT ACCT (Changed to Edward Jones) | A | Dividend | | | | | | | |
| 44 EDWARD JONES RETIREMENT ACCOUNT | A | Dividend | N | T | | | | | |
| 45 -- American Growth Fund of America | | | | | | | | | |
| 46 -- American New Perspective | | | | | | | | | |
| 47 -- American Washington Mutual Investors | | | | | | | | | |
| 48 -- American New Economy | | | | | | | | | |
| 49 -- American Smallcap World | | | | | | | | | |
| 50 CUSTODIAN ACCOUNT, SUNTRUST | A | Interest | J | T | | | | | |
| 51 TRUST #1 | E | Dividend | P1 | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less <br> F=$50,001-$100,000 | B=$1,001-$2,500 <br> G=$100,001-$1,000,000 | C=$2,501-$5,000 <br> H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 <br> H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less <br> O=$500,001-$1,000,000 | K=$15,001-$50,000 <br> P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 <br> P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 <br> P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 <br> P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal <br> U=Book Value | R=Cost (real estate only) <br> V=Other | S=Assessment <br> W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 06/09/2000 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 -- Agribrands stock | | | | | EXEMPT | | | | |
| 53 -- Amsouth stock | | | | | | | | | |
| 54 -- Bank of America stock | | | | | | | | | |
| 55 -- Coca Cola stock | | | | | | | | | |
| 56 -- Coastal Financial stock | | | | | | | | | |
| 57 -- Compass stock | | | | | | | | | |
| 58 -- First Tennessee stock | | | | | | | | | |
| 59 -- First Union stock | | | | | | | | | |
| 60 -- Flowers Ind. stock | | | | | | | | | |
| 61 -- Motorola stock | | | | | | | | | |
| 62 -- Ralcorp Holdings stock | | | | | | | | | |
| 63 -- Ralston Purina stock | | | | | | | | | |
| 64 -- SouthTrust stock | | | | | | | | | |
| 65 -- SunTrust stock | | | | | | | | | |
| 66 -- Wachovia stock | | | | | | | | | |
| 67 WIFE | | | | | | | | | |
| 68 -- 401(K) | B | Dividend | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 -- Deferred compensation | A | Interest | J | T | EXEMPT | | | | |
| 70 -- SunTrust checking | A | Interest | J | T | | | | | |
| 71 -- SunTrust savings | A | Interest | J | T | | | | | |
| 72 -- Edward Jones | A | Interest | J | T | | | | | |
| 73 CHILDREN | | | | | | | | | |
| 74 -- Ryan bank account | A | Interest | J | T | | | | | |
| 75 -- U.S. Savings bonds | A | Interest | J | T | | | | | |
| 76 -- Jamey bank account | A | Interest | J | T | | | | | |
| 77 -- Tricia bank account | A | Interest | J | T | | | | | |
| 78 REAL PROPERTY #1, Gainesville, FL | C | Rent | L | W | | | | | |
| 79 LTD. PARTNERSHIP REAL PROPERTY, Tampa, FL | A | Rent | N | W | | | | | |
| 80 MORTGAGE REC. #1, Davenport, FL | C | Interest | L | T | | | | | |
| 81 SOUTHTRUST STOCK | A | Dividend | J | T | | | | | |
| 82 SUNTRUST STOCK | A | Dividend | J | T | | | | | |
| 83 TRUST #2 | A | Dividend | | | | | | | Terminated-assets distri. to SC Trust #1 |
| 84 SC TRUST #1 | D | Dividend | | | | | | | Terminated-benes.put assets in SC Trust #3 |
| 85 SC TRUST #3 | A | Dividend | P1 | T | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 06/09/2000 |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 -- AmSouth stock | | | | | EXEMPT | | | | |
| 87 -- Bank of America stock | | | | | | | | | |
| 88 -- Bank of Granite stock | | | | | | | | | |
| 89 -- Coastal Financial stock | | | | | | | | | |
| 90 -- FNB Corp. stock | | | | | | | | | |
| 91 -- First Union stock | | | | | | | | | |
| 92 -- Merck stock | | | | | | | | | |
| 93 -- Republic Bancshares stock | | | | | | | | | |
| 94 -- SouthTrust stock | | | | | | | | | |
| 95 -- SunTrust stock | | | | | | | | | |
| 96 -- United Healthcare stock | | | | | | | | | |
| 97 -- Wachovia stock | | | | | | | | | |
| 98 JM TRUST #3 | B | Dividend | N | W | | | | | |
| 99 -- Anchor Fin. stock | | | | | | | | | |
| 100 -- Bank South Carolina stock | | | | | | | | | |
| 101 -- Coastal Financial stock | | | | | | | | | |
| 102 -- Compaq stock | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 -- First Tennessee stock | | | | | EXEMPT | | | | |
| 104 -- SunTrust stock | | | | | | | | | |
| 105 -- Real property, Brooksville, FL | | | | | | | | | |
| 106 MOODY & MOODY, INC. STOCK | D | Dividend | J | W | | | | | |
| 107 | | | | | | | | | |
| 108 | | | | | | | | | |
| 109 | | | | | | | | | |
| 110 | | | | | | | | | |
| 111 | | | | | | | | | |
| 112 | | | | | | | | | |
| 113 | | | | | | | | | |
| 114 | | | | | | | | | |
| 115 | | | | | | | | | |
| 116 | | | | | | | | | |
| 117 | | | | | | | | | |
| 118 | | | | | | | | | |
| 119 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 06/09/2000 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____  Date _9 June 2000._

Note:  Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH   AS OF MAY 31, 2000

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 33 | 000 | 00 | Notes payable to banks—secured | | | |
| U.S. Government securities—add Child's US Savings Bonds schedule See attached schedule for Ryan | | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | 505 | 000 | 00 | Notes payable to relatives | 490 | 000 | 00 |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | | | |
| Real estate owned—add schedule | 1,485 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | 224 | 000 | 00 | Other debts—itemize: | | | |
| Autos and other personal property | 30 | 000 | 00 | | | | |
| Cash value—life insurance | | | | | | | |
| Other assets—itemize: | | | | | | | |
| IRA | 11 | 000 | 00 | | | | |
| Retirement account | 275 | 000 | 00 | | | | |
| Interest in Moody Inv. | | | | Total liabilities | 490 | 000 | 00 |
| Partnership | 2,500 | 000 | 00 | Net Worth | 4,573 | 000 | 00 |
| Total Assets | 5,063 | 000 | 00 | Total liabilities and net worth | | | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | NONE | | Are any assets pledged? (Add schedule.) | | NONE | |
| On leases or contracts | | NONE | | Are you defendant in any suits or legal actions? | | NONE | |
| Legal Claims | | NONE | | Have you ever taken bankruptcy? | | NO. | |
| Provision for Federal Income Tax | | NONE | | | | | |
| Other special debt | | NONE | | | | | |

** Financial information as to wife and child living at home is attached. Information on my adult dependent children living outside my household (they are in college) is not included.

# SCHEDULE OF STOCKS AND BONDS

| Shares | Description | Value |
|---|---|---|
| 9,262 | Bank America | 460,000.00 |
| | Geo Thermal Systems, Inc. | 45,000.00 |
| TOTAL | | $505,000.00 |

# EXHIBIT "B"